# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# HELENA DIVISION

ELLIS FITZGERALD STANTON
REG. #14523-064                                                                                          PETITIONER

VS.                                       2:04CV00137 WRW/JTR

COLE JETER, Warden,
FCI, Forrest City, Arkansas                                                                   RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Judgment is entered in favor of Respondent, and this habeas action is DISMISSED, WITH PREJUDICE.

Dated this 20th day of January, 2006.

/s/ Wm. R.Wilson,Jr.
UNITED STATES DISTRICT JUDGE